IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD L. ZACKERY,

    Plaintiff,                    No. CIV S-05-2315 MCE DAD P

    vs.

STOCKTON POLICE DEPARTMENT, et al.,

    Defendants.             <u>ORDER</u>

    Plaintiff has requested an extension of time to file his trust account statement pursuant to the court's order of November 23, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's December 27, 2005 motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file his application requesting leave to proceed in forma pauperis and a certified copy of his trust account statement.

DATED: January 6, 2006.

                                                                                   DALE A. DROZD
                                                                                  UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
zack2315.36