IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LOUIS ZACKERY,

    Plaintiff,                    No. CIV S-05-2315 MCE DAD P

    vs.

STOCKTON POLICE DEP'T, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On Sptember 22, 2006, plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed a second amended complaint in this action.  However, once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party.  <u>See</u> Fed. R. Civ. P. 15(a).  An answer was filed in this case on May 9, 2006.  Plaintiff has filed neither a motion to amend nor a stipulation signed by all parties and a proposed order permitting the filing of the second amended complaint.  Plaintiff's second amended complaint will therefore be stricken, and this action will proceed on the amended complaint filed December 27, 2005.

/////

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's September 22, 2006
2 second amended complaint is stricken.
3 DATED: October 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:4
zack2315.10c