IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LOUIS ZACKERY,

    Plaintiff,                         No. CIV S-05-2315 MCE DAD P

    vs.

STOCKTON POLICE DEP'T, et al.,

    Defendants.                    ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' April 5, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 19, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the service of this order in which to file and serve an opposition to defendants' April 5, 2007 motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: April 26, 2007.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
zack2315.36(3)