```
RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Deputy City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOUIS ZACKERY, ) | CASE NO. CIV.S-05-2315 MCE DAD P |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| STOCKTON POLICE DEPT., ) et al., ) | |
| ) | |
| Defendants. ) | |

Defendants have requested an extension of time to serve and file their Reply to Plaintiff's Opposition to their Motion for Summary Judgment and/or, in the Alternative, Summary Adjudication. After reviewing the Request and Declaration of Shelley L. Green, the Court finds good cause to grant the extension at this time.

Therefore, defendants are granted an extension to July 20, 2007 to serve and file their Reply.

IT IS SO ORDERED.

DATED: July 6, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4:zack2315.36reply