IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LOUIS ZACKERY,

    Plaintiff,               No. CIV S-05-2315 MCE DAD P

    vs.

STOCKTON POLICE DEP'T., et al.,

    Defendants.        ORDER

_____/

        On February 4, 2008, this action was dismissed and judgment was entered. On October 29, 2008, plaintiff filed a document styled, "Application To File Late Appeal," a notice of appeal, an application to proceed in forma pauperis, a request for a certificate of appealability, and a request for the appointment of counsel. The time for filing a notice of appeal or motion for an extension of time to file a notice of appeal has passed. See Rule 4 of Rules of Appellate Procedure. "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, ___U.S.___, 127 S. Ct. 2360, 2366 (2007). See also Flores v. Arizona, 516 F.3d 1140, 1163 (9th Cir. 2008) ("We have cautioned against the use of provisions of Rule 60(b) to circumvent the strong public interest in timeliness and finality served by Rule 4(a)."); Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1054 (9th Cir. 2007) (Applying Rule 4(a) and noting that "[i]f a party does not file a notice of appeal within the prescribed time limits,

1 | we have no jurisdiction to hear the case."); <u>United States v. Sadler</u>, 480 F.3d 932, 937 (9th Cir.
2 | 2007).
3 |    Accordingly, IT IS HEREBY ORDERED that plaintiff's application to file a late
4 | appeal, notice of appeal, application to proceed in forma pauperis, request for a certificate of
5 | appealability, and request for the appointment of counsel, filed on October 29, 2008, shall be
6 | placed in the file and disregarded.
7 | DATED: November 19, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
zack2315.58